**Order entered April 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00868-CV

### BRIGETTA D'OLIVIO, Appellant

### V.

### GREG FOX, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05606**

## ORDER

We **REINSTATE** this appeal.

By order dated March 11, 2019, we abated this appeal and ordered the trial court to conduct a hearing, within thirty days, and make written findings concerning the accuracy of the record. We further ordered Felicia Pitre, Dallas County District Clerk, to file, within forty days, a supplemental clerk's record containing the trial court's written findings and all documents requested by appellant the trial court found available. Before the Court is the April 15, 2019 letter from the Honorable Gena Slaughter, Presiding Judge of the 191st Judicial District Court, requesting clarification of the due date for the trial court's written findings. The supplemental clerk's record with the trial court's written findings is due **Monday, April 22, 2019**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Judge Slaughter; Ms. Pitre; and all parties.

We again **ABATE** this appeal to allow the trial court to comply with this Court's March 11, 2019 order.

/s/ ERIN A. NOWELL
   JUSTICE